In the Matter of JOSEPH L. AUER, on His Own Behalf and on Behalf of All Holders of Class A Stock of R. HOE & Co., INC., et al., Respondents, against ARTHUR DRESSEL, Individually and as President of R. Hoe & Co., Inc., et al., Appellants.

Submitted January 11, 1954; decided January 22, 1954.

*Neil P. Cullom, Orison S. Marden, Thomas F. Peterson, John M. Johnson* and *Robert D. Cole* for motion.

*Bruce A. Hecker, John R. Stevenson* and *John Kadel* opposed.

Motion granted and appeal set down for argument during the first week of the February, 1954, session.